IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET-5 BROADCASTING, L.P., | ) |
| Plaintiff, | ) |
| vs. | ) |
| BIRDS OF A FEATHER MEDIA LIMITED, | ) Civil Action No. 1:15-cv-442 (FJS/CFH) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and by agreement of the parties, the parties above hereby stipulate that the above-captioned action, including all claims, defenses and counterclaims asserted therein, be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees. The parties further stipulate that no party to this action is an infant or incompetent person.

Date: September 19, 2016

*s/James R. Muldoon*
James R. Muldoon (Bar Roll No. 506772)
HARRIS BEACH PLLC
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: 315-423-7100
Email: jmuldoon@harrisbeach.com

William H. Oldach III
Vorys, Sater, Seymour and Pease, LLP
1909 K Street N.W., 9th Floor
Washington, DC 20006
Telephone: (202) 467-8880
Email: wholdach@vorys.com

*Attorneys for Plaintiff*
*Chet-5 Broadcasting, L.P.*

*s/Ashley D. Hayes*
Ashley D. Hayes, Esq.
Hancock & Estabrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13202
Telephone: 315-565-4500
Facsimile: 315-565-4600
Email: ahayes@hancocklaw.com

Michael Cornman, Esq.
Ladas & Parry LLC
1040 Avenue of the Americas
New York, NY 10018
Telephone: 212-708-1800
Facsimile: 212-246-8959
Email: mcornman@ladas.com

*Attorneys for Defendant*
*Birds of a Feather Media Limited*

IT IS SO ORDERED:

_____

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: September 22, 2016
       Syracuse, NY